EARL P. COVENTRY, Appellant, v. NEW YORK INDEMNITY COMPANY, Respondent.— Judgment and order affirmed, with costs. Davis, Whitmyer, Hill and Hasbrouck, JJ., concur; Hinman, Acting P. J., dissents on the authority of *Hermance* v. *Globe Indemnity Company* (221 App. Div. 394), and votes for a reversal and new trial on the ground that there was a question of fact whether, under all the facts and circumstances, the insured had sufficient information to persuade him as a reasonable man that he was in an accident, and that under his policy he should have given written notice to his insurance company of the particulars thereof, which question was not passed upon by the jury.

ROSELLE BEETEN, Respondent, v. LULU E. McLEOD and Another, Appellants. — Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of AARON JACKSON, Respondent, against MORSE CHAIN Co., INC., Appellant, Impleaded with STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Hinman, Whitmyer and Hill, JJ.

In the Matter of the Application of MATTHEW A. HEERAN, Petitioner, Respondent, for a Peremptory Mandamus Order against JOHN J. SCULLY, Corporation Counsel, and JOHN G. SALT, City Clerk of the City of Rensselaer, in the State of New York, Appellants.— Order unanimously affirmed, as matter of law and not of discretion, with fifty dollars costs and disbursements. Leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ. [135 Misc. 874.]

THE ENGLISH CONSTRUCTION COMPANY, INC., Appellant, v. RAYMOND F. C. KIEB, as Commissioner of the Department of Correction of the State of New York, and Others, Respondents.— Judgment reversed, on the law, with costs. The findings of fact as made are approved; the conclusions of law are disapproved. The plaintiff is entitled to judgment as requested in its proposed conclusions of law numbered 1, 2 and 3, and judgment accordingly is awarded to plaintiff. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMERICAN GEM AND PEARL COMPANY, Relator, v. M. F. LOUGHMAN and Others, Constituting the State Tax Commission, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Whitmyer Hill and Hasbrouck, JJ.

CLEMENTI MENETTI, Appellant, v. TROY FIFTH AVENUE BUS COMPANY, INC., Respondent.— Order and judgment modified to provide that the complaint is dismissed " without prejudice," and as so modified order and judgment affirmed, with costs. Van Kirk, P. J., Davis, Whitmyer and Hill, JJ., concur; Hasbrouck, J., dissents and votes for reversal.